of which refused to grant leave to the respondent to issue an execution against the person of Frank Auditore and the other of which vacated an execution which had been issued against him.

The motion was made upon the ground that said appeal had not been perfected within the time prescribed by law.

*John J. Kean* for motion.

*John B. Johnston* opposed.

Appeal dismissed, with costs and ten dollars costs of motion.

---

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of the Property and Assets of the SECOND RUSSIAN INSURANCE COMPANY, Appellant.

*Appeal — order — motion to dismiss denied.*

Reported below, 215 App. Div. 796.

(Argued March 29, 1926; decided April 6, 1926.)

MOTION to dismiss an appeal, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 29, 1926, which unanimously affirmed an order of Special Term authorizing and directing the Superintendent of Insurance to take possession of the business, property and affairs of the Second Russian Insurance Company for purposes of liquidation.

The motion was made upon the grounds that the order appealed from was discretionary and that there was involved no question of law which the Court of Appeals could review.

*Albert Ottinger, Attorney-General (Clarence C. Fowler* and *Joseph C. H. Flynn* of counsel), for motion.

*Wendell P. Barker* and *Hervey J. Drake* opposed.

Motion denied, with ten dollars costs.